Stephen J Johnson - SBN 88888
LAW OFFICES OF STEPHEN J. JOHNSON
13620 Lincoln Way
Suite 220
Auburn, CA 95603
Ph: 530-823-3655

Attorney for Timothy Lee Fulton and Kerri Jordan Fulton

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>TIMOTHY LEE FULTON<br><br>KERRI JORDAN FULTON<br><br>Debtors | Case No. 2013-24704<br>Hearing Date: August 13, 2013<br>Hearing Time: 9:32 am<br><br>The Honorable Thomas Holman<br>Docket Control No.: SJJ-008 |

## PROOF OF SERVICE IN SUPPORT OF MOTION TO VALUE CLAIM OF COLLATERAL FOR SANTANDER CONSUMER USA

I, Marian Mangold, hereby certify under penalty of perjury that I am over the age of eighteen (18) years, not a party to the within action and on July 3, 2013, I served by regular U.S. mail or certified mail the following documents: **NOTICE OF MOTION TO VALUE CLAIM OF COLLATERAL, MOTION TO VALUE CLAIM OF COLLATERAL, JOINT DECLARATION IN SUPPORT OF MOTION TO VALUE CLAIM OF COLLATERAL AND EXHIBITS IN SUPPORT OF MOTION TO VALUE CLAIM OF COLLATERAL** by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail, addressed as follows:

By regular U.S. mail:

Office of the U.S. Trustee
501 I St - Ste 7-500

Sacramento, CA  95814

Jan Johnson
P.O.B 1708
Sacramento, CA 95812

Santander Consumer **Usa**
Po Box 961245
Ft Worth, TX  76161

Santander Consumer USA
P.O.B. 560284
Dallas, TX 75356

Timothy and Kerri Fulton
17126 Patricia Way
Grass Valley, CA 95949

<u>By certified mail:</u>
Santander National Bank
Attn: Officer or Managing Agent
Corner of Highway #2 and Road 167th
Bayamon, PR 00619

I, Marian Mangold, declare under penalty of perjury, that the foregoing is true and correct.  Executed on July 3, 2013.

<u>/s/ Marian Mangold</u>
Marian Mangold
13620 Lincoln Way
Suite 220
Auburn, CA 95603